YOUNG H. GRESHAM, plaintiff in error, vs. GUSTAVUS DeLAU-
NAY, defendant in error.

Garnishment could not issue on the 24th of March, 1866, upon affidavit made before a
justice of the Inferior Court, the 2d clause of section 287 of the Code having been
repealed by an Act approved March 17th, 1866.

Garnishment.    In Stewart Superior Court.    Decided by
Judge CLARKE.    April Term, 1866.

At the instance of DeLaunay, as plaintiff in judgment, a
summons of garnishment issued to, and was served upon
Gresham, returnable to Stewart Superior Court.    The affida-
vit which was the basis of the garnishment, was sworn to
and subscribed on the 24th of March, 1866, before a justice
of the Inferior Court.

The garnishee answered; and upon his answer, the Court
passed an order requiring him to deliver up to the sheriff
certain cotton described in the answer.    The passage of this
order is the error assigned in the bill of exceptions.

HARRIS, J.

Those clauses of the civil Code, *sect.* 287, which authorized
the issuing of garnishments, etc., upon affidavit made before
a justice of the Inferior Court, having been repealed by the
Act of 17th March, 1866, it follows, as a matter of course,
that the garnishment proceeding begun by affidavit made
before a justice of the Inferior Court, on the 24th day of
March, 1866, was without the authority of then existing
law.    All subsequent proceedings growing out of such affi-
davit are, therefore, irregular, and should be set aside.

Judgment reversed.